UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:
STATE THEATRE OF BAY CITY/     Case No. 24-20261-dob
BAY COUNTY

                                                                                          Chapter 7
            Debtor.                                   Hon. Daniel S. Opperman

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AS COUNSEL TO CREDITOR THE SPRINGTHORPE BROTHERS CORP.

David L. Puskar of BRAUN KENDRICK FINKBEINER P.L.C., 4301 Fashion Square Boulevard, Saginaw, Michigan 48603, hereby enters his appearance as counsel for creditor The Springthorpe Brothers Corp. and requests that he be added to the matrix and that copies of all notices given or requested to be given in this case and all papers served in this case be given and served as follows:

David L. Puskar
BRAUN KENDRICK FINKBEINER P.L.C.
4301 Fashion Square Boulevard
Saginaw, MI 48603
(989) 498-2100
Email: davpus@braunkendrick.com

The foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

Dated: March 4, 2024.            BRAUN KENDRICK FINKBEINER P.L.C.
                                           By:   /s/ David L. Puskar
                                           David L. Puskar (P73121)
                                           Attorney for The Springthorpe Brothers Corp.
                                           4301 Fashion Square Boulevard
                                           Saginaw, Michigan 48603
                                           989-498-2100
                                           davpus@braunkendrick.com