**Fill in this information to identify the case:**

Debtor name    **State Theatre of Bay City/Bay County**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)   **24-20261**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  7, 2024**     *X* **/s/ Daniel Dimitroff**
                                            Signature of individual signing on behalf of debtor

                                          **Daniel Dimitroff**
                                          Printed name

                                          **Chairman of the Board**
                                          Position or relationship to debtor

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................   $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................................   $ _____82,788.74

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................   $ _____82,788.74

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____819,757.75

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____34,636.70

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$ _____764,010.76

4.   Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b          $ _____1,618,405.21

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | $911.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Huntington Bank** | **Checking** | **4481** | $4,429.02 |
| 3.2. | **Huntington Bank** | **Savings** | **6764** | $1,395.71 |
| 3.3. | **PNC Bank** | **Checking** | **3538** | $954.92 |
| 3.4. | **Frankenmuth Credit Union** | **Savings** | **9070** | $28,724.09 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$36,414.74**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

   8.1.   **Michigan Millers Insurance - D&O insurance paid for February 2024 to February 2025**      **$750.00**

   8.2.   **Michigan Millers Insurance - Property and liability insurance paid February 2024 to April 2024**      **$1,974.00**

9. **Total of Part 2.**      **$2,724.00**
Add lines 7 through 8. Copy the total to line 81.

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:   Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** <br> Concessions stock | 11/1/2023 | **Unknown** | **Liquidation** | **$650.00** |

22. **Other inventory or supplies**

23. **Total of Part 5.**      **$650.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>Chairs and desks | Unknown | Liquidation | $1,000.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers, telecom and printers | Unknown | Liquidation | $2,000.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $3,000.00 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1. **Trailer - 50% owner with Hell's Half Mile, located at Dry Dock** | **Unknown** | **Liquidation** | **$10,000.00** |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Sound and light equipment, outdoor movie equipment** | **$30,000.00** | **Liquidation** | **$30,000.00** |

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   **$40,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Theatre located at 913 Washington Avenue, Bay City, Michigan** | **Own** | **$1,164,695.16** | **N/A** | **Unknown** |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ■ No

     ☐ Yes

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.

     ☐ Yes Fill in the information below.

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.

     ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities** | |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|      **Possible claim against former employee** | **Unknown** |
|      Nature of claim | |
|      Amount requested      **$0.00** | |
| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.   **Trusts, equitable or future interests in property** | |
| 77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78.    **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.        **$0.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No

     ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $36,414.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,724.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $650.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $40,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $82,788.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $82,788.74 |

Debtor name  **State Theatre of Bay City/Bay County**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MICHIGAN

Case number (if known)  **24-20261**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  Bay County Growth Alliance**
Creditor's Name

**812 N. Water Street**
**Bay City, MI 48708**
Creditor's mailing address

**bcgaccv@gmail.com**
Creditor's email address, if known

Date debt was incurred
**6/26/2020**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Theatre located at 913 Washington Avenue, Bay City, Michigan**

Describe the lien
**Pledges from Donors**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Amount of claim: **$662,514.31**     Value of collateral: **Unknown**

**2.2  Small Business Administration**
Creditor's Name

**P.O. Box 3918**
**Portland, OR 97208**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**06/30/2020**
Last 4 digits of account number
**7802**

Describe debtor's property that is subject to a lien
**Theatre located at 913 Washington Avenue, Bay City, Michigan**

Describe the lien
**Blanket Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$157,243.44**     Value of collateral: **Unknown**

| Debtor | State Theatre of Bay City/Bay County | Case number (if known) | 24-20261 |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $819,757.75 |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bay County Growth Alliance**<br>**721 Washington Avenue**<br>**Suite 309**<br>**Bay City, MI 48708** | Line __2.1__ | |
| **US Small Business Administration**<br>**2 North Street**<br>**Suite 320**<br>**Birmingham, AL 35203** | Line __2.2__ | |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 742562**<br>**Cincinnati, OH 45280-2562** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,636.70 | $34,636.70 |
| | Date or dates debt was incurred<br>**1/1/2023 - 10/31/2023** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A&B Plumbing**<br>**3183 Wheeler Road**<br>**Bay City, MI 48706** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 |
| | Date(s) debt was incurred  **9/13/2023**<br>Last 4 digits of account number ___ | Basis for the claim:  **Trade Debt**<br>Is the claim subject to offset? ☑ No ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Alpha Media**<br>**1795 Tittabawassee**<br>**Saginaw, MI 48604** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,600.00 |
| | Date(s) debt was incurred  **7/14/2023 - 8/16/2023**<br>Last 4 digits of account number ___ | Basis for the claim:  **Advertising**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,998.00** |
|---|---|---|---|

**Andrews Hooper Pavlik, PLC**
**1601 Marquette Street**
**Suite 4**
**Bay City, MI 48706**

Date(s) debt was incurred  11/16/2022 - 12/31/2023

Last 4 digits of account number  8168

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,197.11** |
|---|---|---|---|

**ASCAP**
**21678 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred  12/19/2023

Last 4 digits of account number  8168

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$870.00** |
|---|---|---|---|

**Audio Imaging Specialists**
**12183 Corvair Drive**
**Sterling Heights, MI 48312**

Date(s) debt was incurred  3/1/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,100.00** |
|---|---|---|---|

**Bay Arts and Culture Commission**
**901 N. Water Street**
**Bay City, MI 48708**

Date(s) debt was incurred  12/31/2023

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,889.25** |
|---|---|---|---|

**Bay City Treasurer**
**301 Washington Avenue**
**Bay City, MI 48708**

Date(s) debt was incurred  10/2023 - 01/2024

Last 4 digits of account number  0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Pavilion**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,724.20** |
|---|---|---|---|

**Bay City Treasurer**
**301 Washington Avenue**
**Bay City, MI 48708**

Date(s) debt was incurred  12/2023 - 01/2024

Last 4 digits of account number  6004

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Theatre**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,952.83** |
|---|---|---|---|

**Bay City Treasurer**
**301 Washington Avenue**
**Bay City, MI 48708**

Date(s) debt was incurred  05/19/2023 - 08/26/2023

Last 4 digits of account number  741

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security services at concerts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bay County Circuit Court**
**1230 Washington Avenue**
**Case No. 2024-3075-CK**
**Bay City, MI 48708**

Date(s) debt was incurred **2023**

Last 4 digits of account number **75CK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only - Collection Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114,198.05 |
|---|---|---|---|

**Bay Landscaping, Inc.**
**1630 SE Boutell Road**
**Essexville, MI 48732**

Date(s) debt was incurred **10/11/2023**

Last 4 digits of account number **e818**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Landscaping at Wenona Park**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,625.00 |
|---|---|---|---|

**Booking House**
**4652 James Austin Drive**
**Mississauga, ON L4Z 4H1**

Date(s) debt was incurred **08/09/2023 - 09/06/2023**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,540.00 |
|---|---|---|---|

**Brian's House**
**P.O. Box 1201**
**Bay City, MI 48706**

Date(s) debt was incurred **10/27/2023**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171,350.00 |
|---|---|---|---|

**Clements Electric Inc.**
**204 S. Dean Street**
**Bay City, MI 48706**

Date(s) debt was incurred **Summer 2023**

Last 4 digits of account number

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Electrical Work**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,383.06 |
|---|---|---|---|

**Comfort Inn**
**501 Saginaw Street**
**Bay City, MI 48708**

Date(s) debt was incurred **08/20/2023 - 01/28/2024**

Last 4 digits of account number **9615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,738.74 |
|---|---|---|---|

**Consumers Energy**
**P.O. Box 740309**
**Cincinnati, OH 45274-0309**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,544.00 |
|---|---|---|---|

**Cumulus Media**
**1740 Champagne Drive North**
**Saginaw, MI 48604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/08/2023 - 08/26/2023**

Basis for the claim:  **Advertising**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Dee Dee Wacksman**
**14 Lilac Lane**
**Scarborough, ME 04074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/6/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,081.46 |
|---|---|---|---|

**Doubletree**
**One Wenonah Park Place**
**Bay City, MI 48708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/10/2023 - 08/28/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **S216**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,895.81 |
|---|---|---|---|

**ETIX**
**909 Aviation Parkway**
**Suite 900**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/30/2023 - 09/20/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **858**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Exhibition Services**
**6907 Westside Saginaw Road**
**Bay City, MI 48706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/29/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $482.50 |
|---|---|---|---|

**Great Lakes Coca-Cola**
**P.O. Box 809082**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/22/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,255.88 |
|---|---|---|---|

**Hayes Specialties**
**1761 East Genesee Avenue**
**Saginaw, MI 48601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/01/2023 - 09/20/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2642**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,179.00 |
|---|---|---|---|

**Hell's Half Mile**
1010 Adams Street
Bay City, MI 48708

Date(s) debt was incurred  **9/27/2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,035.00 |
|---|---|---|---|

**Jedi Mind Trip**
6251 Willowbrook Drive
Saginaw, MI 48638

Date(s) debt was incurred  **08/14/2023 - 08/28/2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,580.00 |
|---|---|---|---|

**Jonnie-on-the-Spot**
4963 Dixie Highway
Saginaw, MI 48601

Date(s) debt was incurred  **07/10/2023**

Last 4 digits of account number  **State Thea**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,500.00 |
|---|---|---|---|

**Lagunatic Music and Filmworks**
456 Johnson Avenue #202
Brooklyn, NY 11237

Date(s) debt was incurred  **08/18/2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,860.00 |
|---|---|---|---|

**Lake State Security**
660 West Center Road
Essexville, MI 48732

Date(s) debt was incurred  **06/15/2023 - 08/04/2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,449.89 |
|---|---|---|---|

**Michael Bacigalupo**
206 Sharpe Street
Essexville, MI 48732

Date(s) debt was incurred  **8/16/23 - 8/25/23**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,474.89 |
|---|---|---|---|

**PNC Bank**
P.O. Box 3479
Pittsburgh, PA 15230

Date(s) debt was incurred  **01/01/2023 - 10/31/2023**

Last 4 digits of account number  **Cash Advance**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,812.94 |
|---|---|---|---|

**PNC Bank**
P.O. Box 3479
Pittsburgh, PA 15230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/01/2023 - 10/31/2023**

Basis for the claim:  **Line of credit**

Last 4 digits of account number  **539**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,988.66 |
|---|---|---|---|

**PNC Bank**
P.O. Box 3479
Pittsburgh, PA 15230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/01/2023 - 10/31/2023**

Basis for the claim:  **Credit card**

Last 4 digits of account number  **9035**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,051.81 |
|---|---|---|---|

**Serenus Johnson**
5178 Kasemeyer Road
Bay City, MI 48706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **06/23/2023 and 09/14/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **Statetheat**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $858.00 |
|---|---|---|---|

**Sign Image**
8155 Gratiot Road
Saginaw, MI 48609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/24/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199.96 |
|---|---|---|---|

**Spectrum Business**
Charter Communications
P.O. Box 94188
Palatine, IL 60094-4188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Utilities**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,750.00 |
|---|---|---|---|

**Springthorpe Brothers**
14100 Dickens Street #1
Sherman Oaks, CA 91423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/26/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **5798**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,383.25 |
|---|---|---|---|

**Stage Call**
P.O. Box 5406
Saginaw, MI 48603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/06/2023 - 08/26/2023**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**State of Michigan Attorney General Charitable Trust Section**
P.O. Box 30214
Lansing, MI 48909-7714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Studio 23**
901 North Water Street
Bay City, MI 48708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/25/2023__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,131.40 |
|---|---|---|---|

**The Huntington National Bank**
P.O. Box 1558 EA1W37
Columbus, OH 43216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number __6764__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $967.00 |
|---|---|---|---|

**The Key Shop**
1804 W. Wackerly Street
Midland, MI 48640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/01/2023__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,427.12 |
|---|---|---|---|

**Treetop Products**
222 State Street
Batavia, IL 60510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/20/2023__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,015.00 |
|---|---|---|---|

**West River Light and Sound**
349 E. Wackerly Road
Sanford, MI 48657

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __08/2023 - 09/2023__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,550.95 |
|---|---|---|---|

**William A. Kibbe and Associates**
1475 S. Washington Avenue
Saginaw, MI 48601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/29/2023__

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,620.00** |

**WRSR**
**4511 Miller Road**
**Flint, MI 48507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   08/07/2023 - 08/26/2023

**Basis for the claim:**  Advertising

Last 4 digits of account number   1930

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Michael J. Hackett, J.D.**<br>**11512 North Straits Hwy.**<br>**Suite 200**<br>**Cheboygan, MI 49721** | Line  3.43<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **State of Michigan Attorney General**<br>**Charitable Trust Section**<br>**525 West Ottawa Street**<br>**3rd Floor Williams Building**<br>**Lansing, MI 48933** | Line  3.38<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Sturtz & Sturtz**<br>**608 S. Michigan Avenue**<br>**Saginaw, MI 48602-1526** | Line  3.28<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 34,636.70 |
| **5b. Total claims from Part 2** | 5b. + $ | 764,010.76 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 798,647.46 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **State Theatre of Bay City/Bay County**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)   **24-20261**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Hell's Half Mile** | **1010 Adams Street Bay City, MI 48708** | **William A. Kibbe and Associates** | ☐ D _____ <br> ■ E/F __3.44__ <br> ☐ G _____ |

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $16,926.57 |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $1,340,096.00 |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $1,178,949.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | **Bay Area Community Foundation** | $31,054.00 |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | **Bay Area Community Foundation** | $30,215.00 |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | **Bay Area Community Foundation** | $29,412.00 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Kevin Cole**<br>**412 Stanton Street**<br>**Bay City, MI 48708** | 12/20/2023 | $8,978.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Tru-Klean**<br>**405 LaSalle Street**<br>**Bay City, MI 48706** | | $395.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **See attached** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Audio Imaging Specialists** | **Projector leased month-to-month** | **3/1/2024** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Plaintiff, The Springthorpe Brothers Corp. vs. Defendants, State Theatre of Bay City/Bay County and Michael Bacigalupo**<br>**2024-3075-cK** | Collection | **Bay County Circuit Court**<br>**1230 Washington Avenue**<br>**Bay City, MI 48708** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Warner Norcross & Judd, LLP** **715 E. Main Street** **Suite 110** **Midland, MI 48640-5382** | **Attorney Fees** | **2/29/2024 - $5,500 retainer** **2/29/2024 - $3,500 pre-petition** | **$9,000.00** |
| | Email or website address **rgiunta@wnj.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
□ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
□ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

□ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank**<br>**1111 N. Euclid Avenue**<br>**Bay City, MI 48706** | **XXXX-8617** | □ Checking<br>□ Savings<br>■ Money Market<br>□ Brokerage<br>□ Other___ | **11/16/2023** | **$3,100.00** |
| 18.2. | **Huntington Bank**<br>**3533 Wilder Road**<br>**Bay City, MI 48706** | **XXXX-6930** | □ Checking<br>□ Savings<br>■ Money Market<br>□ Brokerage<br>□ Other___ | **11/16/2023** | **$14,395.71** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

□ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Wenonah Park**<br>**111 Center Avenue**<br>**Bay City, MI 48708** | **City of Bay City, Tim Botzau** | **Outdoor movie equipment** | □ No<br>■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Bay Area Community Foundation**<br>**Pere Marquette Depot**<br>**1000 Adams Street**<br>**Site 200**<br>**Bay City, MI 48708** | | **State Theatre Agency Fund - STAA**<br>**State Theatre Bay City/Bay County Endowment Fund - STAE**<br>**Wenonah Park Maintenance and Operations Agency Fund - WENA**<br>**Wenonah Park Maintenance and Operations Designated Fund - WEND** | $741,952.56 |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Michael Bacigalupo**<br>**206 Sharpe Street**<br>**Essexville, MI 48732** | **2011 to October 2023** |
| 26a.2. **Tracy Teich**<br>**2275 Carroll Road**<br>**Bay City, MI 48708** | **November 2023 to February 2024** |
| 26a.3. **Andrews Hooper Pavlik PLC**<br>**1601 Marquette Street**<br>**Suite 4**<br>**Bay City, MI 48706** | **2010 to February 2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Andrews Hooper Pavlik PLC**<br>**1601 Marquette Street**<br>**Suite 4**<br>**Bay City, MI 48706** | **2010 to 2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Andrews Hooper Pavlik PLC**<br>**1601 Marquette Street**<br>**Suite 4**<br>**Bay City, MI 48706** | **Missing records; 990 and financial statements could not be completed** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel Dimitroff | 3865-7 Wilder Road<br>Bay City, MI 48706 | Board Chair | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tera Szeliga | P.O. Box 1416<br>Bay City, MI 48706 | Secretary | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephanie Martinez | 800 N. Euclid Avenue<br>Bay City, MI 48706 | Treasurer | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jack Kidwell | 1004 N. Michigan<br>Saginaw, MI 48602 | Member | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Staudacher | 104 Jennison Place<br>Bay City, MI 48708 | Member | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kendra Christensen | P.O. Box 1416<br>Bay City, MI 48706 | Member | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tracy Teich | 2275 Carroll Road<br>Bay City, MI 48708 | Interim Bookkeeper | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Mark Delestowicz | 2453 DeWyse<br>Bay City, MI 48708 | Former Board Chair | 2000 to 2022 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2024**

**/s/ Daniel Dimitroff**                                    **Daniel Dimitroff**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **Chairman of the Board**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Register: Programming Check Book

From 11/01/2023 through 03/01/2024

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 11/02/2023 | | | -split- | Deposit | | X | 5,130.00 | 5,491.33 |
| 11/02/2023 | | | -split- | Deposit | | X | 1,516.00 | 7,007.33 |
| 11/08/2023 | 11863 | Steve Lind | 500 Event Expenses:560 Presen... | | 800.00 | X | | 6,207.33 |
| 11/08/2023 | 11864 | Kate Brindle | 500 Event Expenses:560 Presen... | | 800.00 | X | | 5,407.33 |
| 11/08/2023 | 11865 | Norm Stulz | 500 Event Expenses:560 Presen... | | 1,000.00 | X | | 4,407.33 |
| 11/08/2023 | 11866 | Kaleb Whisman | -split- | | 728.73 | X | | 3,678.60 |
| 11/08/2023 | 11867 | Gordons Food Service | 600 Non Personnel Expenses:62... | Tax ID#38-3562110 | 67.41 | X | | 3,611.19 |
| 11/08/2023 | 11868 | United Wholesale Group | 600 Non Personnel Expenses:62... | Tax ID#38-3562110 | 629.79 | X | | 2,981.40 |
| 11/08/2023 | 11869 | Paul E Phillips | -split- | | 1,241.36 | X | | 1,740.04 |
| 11/09/2023 | | | -split- | Deposit | | X | 1,697.00 | 3,437.04 |
| 11/14/2023 | | | -split- | Deposit | | X | 4,400.00 | 7,837.04 |
| 11/15/2023 | | | -split- | Deposit | | X | 1,210.00 | 9,047.04 |
| 11/22/2023 | | | -split- | Deposit | | X | 2,119.19 | 11,166.23 |
| 11/22/2023 | 11870 | Kaleb Whisman | -split- | | 728.73 | X | | 10,437.50 |
| 11/22/2023 | 11871 | Paul E Phillips | -split- | | 1,241.36 | X | | 9,196.14 |
| 11/22/2023 | 11872 | Spectrum Business | -split- | Account Number 824... | 408.84 | X | | 8,787.30 |
| 11/22/2023 | 11873 | Hayes Specialties Corp. | 600 Non Personnel Expenses:62... | Account #4852642 | 309.20 | X | | 8,478.10 |
| 11/22/2023 | 11874 | Consumers Energy | 600 Non Personnel Expenses:73... | Acct# 1000 2273 4659 | 107.58 | X | | 8,370.52 |
| 11/22/2023 | 11875 | Michigan Millers Insurance | -split- | CL0025490P | 3,849.00 | X | | 4,521.52 |
| 11/22/2023 | 11876 | Swank Motion Pictures | 500 Event Expenses:530 Film R... | Customer Number 02... | 1,400.00 | X | | 3,121.52 |
| 11/27/2023 | EFT | Huntington Bank | 600 Non Personnel Expenses:61... | | 1,000.00 | X | | 2,121.52 |
| 11/29/2023 | | | -split- | Deposit | | X | 2,104.50 | 4,226.02 |
| 11/30/2023 | | | Bank Service Charges | Service Charge | 20.00 | X | | 4,206.02 |
| 12/03/2023 | 11877 | Kent Aloia | -split- | November 2023 | 138.70 | X | | 4,067.32 |
| 12/03/2023 | 11878 | Chris Skowronski | 500 Event Expenses:545 Net Pa... | November 2023 | 96.78 | X | | 3,970.54 |
| 12/03/2023 | 11879 | Audio Imaging Specialists | -split- | Projector Maintenanc... | 2,785.90 | X | | 1,184.64 |
| 12/03/2023 | 11880 | West Michigan Piano, LLC | 500 Event Expenses:515 Equip... | Customer ID: State T | 1,800.00 | X | | -615.36 |

Register: Programming Check Book
From 11/01/2023 through 03/01/2024
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 12/03/2023 | 11881 | Consumers Energy | 600 Non Personnel Expenses:73... | Acct# 1000 2273 4659 | 579.18 | X | | -1,194.54 |
| 12/03/2023 | 11882 | Small Business Administration | 500 Event Expenses:560 Presen... | #9368797802 | 1,923.00 | X | | -3,117.54 |
| 12/04/2023 | 11883 | Bay Area Women's Center | 500 Event Expenses:570 Renter... | White Christmas fund... | 785.00 | X | | -3,902.54 |
| 12/04/2023 | 11884 | Paul E Phillips | -split- | Dec 8,2023 | 1,241.36 | X | | -5,143.90 |
| 12/04/2023 | 11885 | Kaleb Whisman | -split- | | 655.58 | X | | -5,799.48 |
| 12/04/2023 | 11886 | AT&T U-verse | -split- | Account #287329175... | 186.20 | X | | -5,985.68 |
| 12/06/2023 | | | -split- | Deposit | | X | 2,914.50 | -3,071.18 |
| 12/06/2023 | | | Holding Account-Money Market | Funds Transfer | | X | 8,000.00 | 4,928.82 |
| 12/07/2023 | 11887 | Rose Pest Solutions | 600 Non Personnel Expenses:67... | Client# 80004305 | 509.00 | X | | 4,419.82 |
| 12/07/2023 | 11888 | Hayes Specialties Corp. | 600 Non Personnel Expenses:62... | Account #4852642 | 259.45 | X | | 4,160.37 |
| 12/07/2023 | 11889 | Gordons Food Service | 600 Non Personnel Expenses:62... | Tax ID#38-3562110 | 551.07 | X | | 3,609.30 |
| 12/07/2023 | 11890 | Summit Printing | 500 Event Expenses:565 Printin... | | 178.00 | X | | 3,431.30 |
| 12/11/2023 | 11891 | Bissonnette Productions LLC | 500 Event Expenses:545 Net Pa... | inv#100 | 500.00 | X | | 2,931.30 |
| 12/11/2023 | 11892 | Jay Burk | 500 Event Expenses:565 Printin... | | 63.60 | X | | 2,867.70 |
| 12/11/2023 | 11893 | ETIX | 600 Non Personnel Expenses:63... | STBC103123 | 741.62 | X | | 2,126.08 |
| 12/11/2023 | 11894 | Paul Phillips | 600 Non Personnel Expenses:72... | | 1,043.74 | X | | 1,082.34 |
| 12/11/2023 | 11895 | Matt Ferranti LLC | -split- | | 2,793.21 | X | | -1,710.87 |
| 12/11/2023 | 11896 | Bay Chorale | -split- | Christmas concert | 3,337.55 | X | | -5,048.42 |
| 12/13/2023 | | | -split- | Deposit | | X | 4,364.00 | -684.42 |
| 12/15/2023 | 11897 | Denis Ikeler | 600 Non Personnel Expenses:69... | Piano Tuning 6/27/20... | 160.00 | X | | -844.42 |
| 12/15/2023 | 11898 | United Wholesale Group | 600 Non Personnel Expenses:62... | Tax ID#38-3562110 | 53.80 | X | | -898.22 |
| 12/15/2023 | 11899 | Matt Ferranti LLC | -split- | VOID: bar | | X | | -898.22 |
| 12/15/2023 | 11900 | Kiwanis Club | -split- | Warren Miller 2023 | 1,384.25 | X | | -2,282.47 |
| 12/18/2023 | | | -split- | Deposit | | X | 2,622.50 | 340.03 |
| 12/20/2023 | | | Grants | Deposit | | X | 25,000.00 | 25,340.03 |
| 12/20/2023 | 11901 | Kent Aloia | -split- | December 2023 | 255.42 | X | | 25,084.61 |
| 12/20/2023 | 11902 | Jared Julien | 600 Non Personnel Expenses:64... | December 2023 | 674.64 | X | | 24,409.97 |

Register: Programming Check Book

From 11/01/2023 through 03/01/2024

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 12/20/2023 | 11903 | Paul E Phillips | -split- | Dec 22,2023 | 1,241.36 | X | | 23,168.61 |
| 12/20/2023 | 11904 | Kaleb Whisman | -split- | | 1,099.65 | X | | 22,068.96 |
| 12/20/2023 | 11905 | Kevin Cole | -split- | "Cole In Your Stocki... | 8,978.25 | X | | 13,090.71 |
| 12/20/2023 | 11906 | Mike Bacigalupo | -split- | | 1,364.32 | X | | 11,726.39 |
| 12/20/2023 | 11907 | Bay City Noon Optimist Club | 600 Non Personnel Expenses:60... | travelogue tickets | 195.00 | X | | 11,531.39 |
| 12/20/2023 | 11908 | Allan Robetoy | 100 Events Income:135 Ticket I... | refund for cancelled s... | 40.00 | X | | 11,491.39 |
| 12/20/2023 | 11909 | State of Michigan/MLCC | 500 Event Expenses:535 Licens... | Special Liquor Licens... | 50.00 | X | | 11,441.39 |
| 12/21/2023 | EFT | Huntington Bank | 600 Non Personnel Expenses:61... | | 500.00 | X | | 10,941.39 |
| 12/21/2023 | 11910 | Leaders for Christ | 500 Event Expenses:570 Renter... | | 962.00 | X | | 9,979.39 |
| 12/21/2023 | 11911 | Kiwanis Club | 500 Event Expenses:570 Renter... | Warren Miller 2023 a... | 180.75 | X | | 9,798.64 |
| 12/29/2023 | | | -split- | Deposit | | X | 6,020.00 | 15,818.64 |
| 01/03/2024 | | | -split- | Deposit | | X | 3,253.75 | 19,072.39 |
| 01/04/2024 | 11925 | Unclaimed Freight Ace Hard... | 600 Non Personnel Expenses:72... | Account #: 290.002630 | 163.33 | X | | 18,909.06 |
| 01/04/2024 | 11926 | Hayes Specialties Corp. | 600 Non Personnel Expenses:62... | Account #4852642 | 500.00 | X | | 18,409.06 |
| 01/04/2024 | 11927 | Solucient Security Systems | 600 Non Personnel Expenses:70... | | 437.40 | X | | 17,971.66 |
| 01/04/2024 | 11928 | Solucient Security Systems | 600 Non Personnel Expenses:70... | | 155.00 | X | | 17,816.66 |
| 01/04/2024 | 11929 | Audio Central Alarm, Inc. | 600 Non Personnel Expenses:70... | Account WORL0020... | 360.00 | X | | 17,456.66 |
| 01/04/2024 | 11930 | AT&T | 600 Non Personnel Expenses:73... | | 186.20 | X | | 17,270.46 |
| 01/04/2024 | 11931 | Bay City Treasurer | -split- | | 2,500.00 | X | | 14,770.46 |
| 01/04/2024 | 11932 | Andrews Hooper Pavlik PLC | 600 Non Personnel Expenses:60... | Customer ID: STATE | 2,500.00 | X | | 12,270.46 |
| 01/04/2024 | 11933 | ETIX | 600 Non Personnel Expenses:63... | STBC103123 | 762.46 | X | | 11,508.00 |
| 01/04/2024 | 11934 | Consumers Energy | 600 Non Personnel Expenses:73... | Acct# 1000 2273 4659 | 1,093.12 | X | | 10,414.88 |
| 01/04/2024 | 11935 | Michigan Millers Insurance | -split- | CL0025490P | 15.00 | X | | 10,399.88 |
| 01/04/2024 | 11936 | Paul E Phillips | -split- | Jan 5, 2024 | 1,241.36 | X | | 9,158.52 |
| 01/04/2024 | 11937 | Kaleb Whisman | -split- | JAN 5, 2024 | 415.21 | X | | 8,743.31 |
| 01/04/2024 | 11938 | Arnold Sales | -split- | | 510.78 | X | | 8,232.53 |
| 01/04/2024 | 11939 | Spectrum Business | -split- | Account Number 824... | 199.99 | X | | 8,032.54 |

Register: Programming Check Book

From 11/01/2023 through 03/01/2024

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/05/2024 | 11940 | Mike Ball | -split- | VOID: 12/31/2023 | | X | | 8,032.54 |
| 01/05/2024 | 11941 | Mike Ball | -split- | 12/31/2023 | 5,075.00 | X | | 2,957.54 |
| 01/11/2024 | 11942 | ETIX | 600 Non Personnel Expenses:63... | STBC103123 | 1,243.55 | X | | 1,713.99 |
| 01/11/2024 | 11943 | Gordons Food Service | 600 Non Personnel Expenses:62... | Tax ID#38-3562110 | 630.16 | X | | 1,083.83 |
| 01/11/2024 | 11944 | Hayes Specialties Corp. | 600 Non Personnel Expenses:62... | Account #4852642 | 245.45 | X | | 838.38 |
| 01/11/2024 | 11945 | United Wholesale Group | 600 Non Personnel Expenses:62... | Tax ID#38-3562110 | 200.20 | X | | 638.18 |
| 01/16/2024 | EFT | Internal Revenue Service | 800 Personnel Expenses:810 Pa... | | 2,263.94 | X | | -1,625.76 |
| 01/16/2024 | | | Holding Account-Money Market | Funds Transfer | | X | 5,000.00 | 3,374.24 |
| 01/17/2024 | | | -split- | Deposit | | X | 430.35 | 3,804.59 |
| 01/19/2024 | EFT | Huntington Bank | 600 Non Personnel Expenses:61... | | 243.00 | X | | 3,561.59 |
| 01/19/2024 | EFT | Michigan Department of Trea... | -split- | | 997.39 | X | | 2,564.20 |
| 01/20/2024 | 11946 | Kaleb Whisman | -split- | JAN 19, 2024 | 801.22 | | | 1,762.98 |
| 01/20/2024 | 11947 | Joe Christensen | 500 Event Expenses:545 Net Pa... | | 200.00 | X | | 1,562.98 |
| 01/20/2024 | 11948 | Jeff Poirer | 500 Event Expenses:560 Presen... | Band Roulette 2024 | 50.00 | X | | 1,512.98 |
| 01/22/2024 | EFT | Internal Revenue Service | 800 Personnel Expenses:810 Pa... | | 1,762.64 | X | | -249.66 |
| 01/22/2024 | EFT | PNC Bank | 500 Event Expenses:560 Presen... | | 0.67 | X | | -250.33 |
| 01/22/2024 | | | Cash - PNC Money Market | Funds Transfer | | X | 0.67 | -249.66 |
| 01/24/2024 | | | -split- | Deposit | | X | 37,471.00 | 37,221.34 |
| 01/26/2024 | 11949 | Rob Little | 500 Event Expenses:560 Presen... | 1/27/2024 | 5,000.00 | X | | 32,221.34 |
| 01/26/2024 | 11950 | Vikram Balaji | 500 Event Expenses:560 Presen... | 1/27/24 | 500.00 | | | 31,721.34 |
| 01/26/2024 | 11951 | Rob Little | 500 Event Expenses:560 Presen... | 1/27/2024 bonus for ... | 2,000.00 | X | | 29,721.34 |
| 01/29/2024 | EFT | Unemployment Insurance Ag... | 800 Personnel Expenses:810 Pa... | UIA Accnt. #144913... | 73.67 | X | | 29,647.67 |
| 01/29/2024 | 11952 | Paul Phillips | 600 Non Personnel Expenses:62... | | 125.00 | | | 29,522.67 |
| 01/29/2024 | 11953 | Consumers Energy | 600 Non Personnel Expenses:73... | Acct# 1000 2273 4659 | 1,994.49 | | | 27,528.18 |
| 01/29/2024 | 11954 | Coca Cola | -split- | | 418.46 | | | 27,109.72 |
| 01/29/2024 | 11955 | Jared Julien | 500 Event Expenses:545 Net Pa... | jan and feb 2024 | 720.00 | | | 26,389.72 |
| 01/29/2024 | 11956 | Grainger | 600 Non Personnel Expenses:72... | Acct# 863417663 | 243.09 | | | 26,146.63 |

Register: Programming Check Book

From 11/01/2023 through 03/01/2024

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/29/2024 | 11957 | Jeff Staudacher | 500 Event Expenses:541 Liquor... | | 705.46 | X | | 25,441.17 |
| 01/29/2024 | 11958 | Audio Imaging Specialists | 600 Non Personnel Expenses:69... | Projector rental Jan a... | 4,000.00 | | | 21,441.17 |
| 01/29/2024 | 11959 | SpotLinks, LLC | 600 Non Personnel Expenses:60... | Weekly Email Campa... | 150.00 | | | 21,291.17 |
| 01/29/2024 | 11960 | Andrews Hooper Pavlik PLC | 600 Non Personnel Expenses:60... | Customer ID: STATE | 682.00 | | | 20,609.17 |
| 01/29/2024 | 11961 | Rose Pest Solutions | 600 Non Personnel Expenses:67... | VOID: Client# 80004... | | X | | 20,609.17 |
| 01/29/2024 | 11962 | Rose Pest Solutions | 600 Non Personnel Expenses:67... | Client# 80004305 | 173.00 | | | 20,436.17 |
| 01/29/2024 | 11963 | AT&T | 600 Non Personnel Expenses:73... | VOID: | | X | | 20,436.17 |
| 01/29/2024 | 11964 | Spectrum Business | -split- | Account Number 824... | 199.96 | | | 20,236.21 |
| 01/29/2024 | 11965 | Arnold Sales | 600 Non Personnel Expenses:72... | inv#1413730 | 92.21 | | | 20,144.00 |
| 01/29/2024 | 11966 | Bay City Treasurer | -split- | | 4,071.21 | | | 16,072.79 |
| 01/29/2024 | 11967 | Bay City Treasurer | -split- | VOID: | | X | | 16,072.79 |
| 01/29/2024 | 11968 | Bay City Noon Optimist Club | 600 Non Personnel Expenses:60... | advertising | 125.00 | | | 15,947.79 |
| 01/31/2024 | | | -split- | Deposit | | X | 2,554.70 | 18,502.49 |
| 02/01/2024 | | | 200 Other Income:265 Miscella... | Deposit | | | 188.77 | 18,691.26 |
| 02/07/2024 | | | -split- | Deposit | | | 2,536.00 | 21,227.26 |
| 02/08/2024 | 11974 | Major Chords for Minors | 500 Event Expenses:570 Renter... | Band Roulette 2024 | 3,823.50 | | | 17,403.76 |
| 02/08/2024 | 11975 | D-Street Entertainment | 500 Event Expenses:570 Renter... | Band Roulette 2024 | 3,823.50 | | | 13,580.26 |
| 02/09/2024 | 11976 | Bay Arts and Culture Commi... | 500 Event Expenses:570 Renter... | | 6,043.00 | | | 7,537.26 |
| 02/09/2024 | 11977 | Michigan Millers Insurance | -split- | CL0025490P | 750.00 | | | 6,787.26 |
| 02/09/2024 | 11978 | Michigan Millers Insurance | -split- | CL0025490P | 1,974.00 | | | 4,813.26 |
| 02/14/2024 | | | -split- | Deposit | | | 714.00 | 5,527.26 |
| 02/16/2024 | EFT | State of Michigan – Dept of T... | -split- | | 2,616.24 | | | 2,911.02 |
| 02/21/2024 | | | -split- | Deposit | | | 518.00 | 3,429.02 |
| 02/23/2024 | | | Cash - PNC Money Market | Funds Transfer | | | 5,000.00 | 8,429.02 |
| 02/26/2024 | | | Cash - PNC Money Market | Funds Transfer | | | 5,000.00 | 13,429.02 |
| 02/29/2024 | | Warner Norcross and Judd LLP | 600 Non Personnel Expenses:67... | Legal fees | 9,000.00 | | | 4,429.02 |

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **State Theatre of Bay City/Bay County**       Case No.   **24-20261**

                    Debtor(s)           Chapter   **7**

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.     The undersigned is the attorney for the Debtor(s) in this case.

2.     The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

     [ **X** ]    **FLAT FEE**

       A.     For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **5,500.00**

       B.     Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..    **5,500.00**

       C.     The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **0.00**

     [ ]    **RETAINER**

       A.     Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

       B.     The undersigned shall bill against the retainer at an hourly rate of $_____. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.     $___**338.00**___ of the filing fee has been paid.

4.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

       A.     Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

       B.     Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

       C.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

       ~~D.~~     ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

       E.     Reaffirmations;

       F.     Redemptions;

       G.     Other:

5.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

       **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

6.     The source of payments to the undersigned are from:

       A.    **XX**     Debtor(s)' earnings, wages, compensation for services performed

       B.         Other (describe, including the identity of payor)

7.     The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:    **March 7, 2024**                     **/s/ Rozanne M. Giunta**

                                             Attorney for the Debtor(s)
                                             **Rozanne M. Giunta**
                                             **Warner Norcross & Judd, LLP**
                                             **715 E. Main Street**
                                             **Suite 110**
                                             **Midland, MI 48640-5382**
                                             **989-698-3758**
                                             **rgiunta@wnj.com**
                                             **P29969 MI**

Agreed:    **/s/ Daniel Dimitroff**
            **Daniel Dimitroff**
            Debtor                                                    Debtor