UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

STATE THEATRE BAY CITY/BAY COUNTY,         Case No. 24-20261
                                                          Chapter 7 Proceeding
                      Debtor(s).                       Hon. Daniel S. Opperman
_____/

## NOTICE OF TRUSTEE'S MOTION TO SELL PERSONAL
## PROPERTY FREE AND CLEAR OF LIENS WITH LIENS TO FOLLOW PROCEEDS

    PLEASE TAKE NOTICE that Randall L. Frank, Chapter 7 Trustee, has filed Trustee's Motion to Sell Personal Property Free and Clear of Liens with Liens to Follow Proceeds. The motion requests authority by the Trustee to sell the estate's 50% interest in the Drydock Shipping Container to the other 50% owner, Hell's Half Mile Events. Said sale is free and clear of the lien of the U.S. Small Business Administration with its lien to follow sale proceeds.

    **<u>Your rights may be affected</u>.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you do not want the Court to grant this relief, or if you want the Court to consider your views on the response, within Twenty-One (21) days, you or your attorney must:

    (1)    File with the Court a written response or an answer, explaining your position at: *

        **United States Bankruptcy Court, 111 First Street, Bay City, MI 48708**

    If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

    You must also mail a copy to:    Randall L. Frank, Attorney for Chapter 7 Trustee
                                                         P.O. Box 2220
                                                         Bay City, MI 48707-2220
                                                         (989) 893-2461

    (2)    If a response or answer is timely filed and served, the Clerk will schedule a hearing on the objection and you will be served with a notice of the date, time, and location of the hearing.

    **If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.**

DATED: March 20, 2024                                                         /s/ Randall L. Frank
                                                                                         _____
                                                                                         Randall L. Frank (P33189)
                                                                                         Attorney for Chapter 7 Trustee
                                                                                         P.O. Box 2220
                                                                                         Bay City, MI 48707-2220
                                                                                         (989) 893-2461
                                                                                         randall.frank@gmail.com

    *Response or answer must comply with F.R.Civ.P.8(b),(c) and (e)