UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (BAY CITY)

In Re:

| | |
|---|---|
| STATE THEATRE OF<br>BAY CITY/BAY COUNTY, | Chapter 7<br>Case No. 24–20261–dob<br>Hon. Daniel S. Opperman |
| Debtor. | |
| _____/ | |

## ORDER LIFTING AUTOMATIC STAY TO ALLOW MICHIGAN STRATEGIC FUND TO TERMINATE AGREEMENT WITH DEBTOR

This case is before the Court on the stipulation (Docket #51, the "Stipulation") of the Michigan Strategic Fund ("MSF"), the Trustee and the Debtor to lift the automatic stay and allow the MSF to terminate a Revitalization and Placemaking Program Grant Agreement ("RAP Grant Agreement) entered between the MSF and the Debtor.

The Court having reviewed the Stipulation and being otherwise advised in the premises, finds good cause to enter this Order.

IT IS ORDERED that the automatic stay under 11 U.S.C. § 362 is lifted to allow the MSF to terminate the RAP Grant Agreement entered between the MSF and the Debtor on September 8, 2023.

**Signed on May 20, 2024**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**

2

24-20261-dob    Doc 53    Filed 05/20/24    Entered 05/20/24 12:44:37    Page 2 of 2