**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**BAY CITY**

**IN THE MATTER OF:**

State Theatre of

Bay City/Bay County,　　　　　　　　　　　　Bankruptcy Case No. 24-20261-dob

　　　　　　　　　　　　　　　　　　　　　　Honorable Daniel S. Opperman

　　　　　　　　　　　　　　　　　　　　　　Chapter 7

　　　　Debtor.
_____/

## ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF SURCHARGE AGREEMENT ON RECOVERY FROM CLAIMS AGAINST DIRECTORS AND OFFICERS

This matter having come before this Court based upon the Trustee's Motion for Approval of Surcharge Agreement on Recovery from Claims Against Directors and Officers with Small Business Administration (DN 101)("Motion") filed on October 24, 2024; no objections having been filed to the Trustee's Motion; notice having been provided properly pursuant to Rule 2002 and 9019 of the Federal Rules of Bankruptcy Procedures; the defined terms in the Motion having the same meaning in this Order and the Court being advised in the premises; **NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that Trustee's Motion is granted and the Trustee is allowed to enter into the Surcharge Agreement with Small Business Administration regarding the D & O Claims pursuant to the terms of the Surcharge Agreement submitted with the Trustee's Motion.

**Signed on November 19, 2024**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**