# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Bay City)

| | |
|---|---|
| In re: | Case No. 24-20261-dob |
| State Theatre of Bay City/Bay County | Chapter 7 |
| dba State Theatre dba Friends of the State | Hon. Daniel S. Opperman.BayCity |
| Theatre | |
| Debtor. | |
| _____/ | |

## REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

**PLEASE TAKE NOTICE** that Trott Law, P.C. requests to be removed from receiving electronic notices on behalf of The Huntington National Bank, in the above captioned matter. Notice is being received at the following e-mail addresses:

EasternECF@trottlaw.com

                                              Respectfully Submitted,
                                              Trott Law, P.C.

Dated: November 19, 2024

                                              /s/ Scott A. Gies
                                              Scott A. Gies   (P56346)
                                              Attorney for The Huntington National Bank
                                              31440 Northwestern Hwy Ste. 145
                                              Farmington Hills, MI 48334-5422
                                              Phone: 248.642.2515
                                              Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN
HIGHWAY, SUITE 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

Trott #518781B01