**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
BAY CITY**

IN THE MATTER OF:

State Theatre of
Bay City/Bay County,   Bankruptcy Case No. 24-20261-dob
   Honorable Daniel S. Opperman
   Chapter 7
        Debtor.
_____/

**CERTIFICATION OF NO RESPONSE FOR
FIRST INTERIM FEE APPLICATION
OF ACCOUNTANT FOR TRUSTEE,
MUELLER & COMPANY, P.C.
FOR SERVICES RENDERED FROM
APRIL 25, 2024 THROUGH APRIL 22, 2025**

Chapter 7 Trustee, Randall L. Frank ("Trustee"), by and through his attorneys, Beadle Smith, PLC, and hereby states as follows:

1. Trustee prepared and filed the First Interim Fee Application of Accountant for Trustee, Mueller & Company, P.C., for Services Rendered from April 25, 2025 through April 22, 2025("Application") (DN 122) filed on April 25, 2025 and a Notice of Requirement of Written Response has been served upon all interested parties on the 25th day of April, 2025 as evidenced by the filed Certificate of Service, pursuant to L.B.R. 9014-1 (E.D.M.).

2. As of this date, no timely response or request for hearing has been filed with the Court.

3. More than 24 days have expired since the service of the Notice of Requirement of Written Response.

**WHEREFORE,** Trustee prays that this Honorable Court enter an Order granting the Application.

                                                 Respectfully submitted,

                                                 BEADLE SMITH, PLC

                                               /S/ Kevin M. Smith
                                               By: Kevin M. Smith (P48976)
                                               Attorneys for Trustee
                                               P.O. Box 70656
                                             Rochester Hills, MI 48307
                                             (586) 850-1492
Dated: 5/20/25                     ksmith@bbssplc.com