**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**BAY CITY**

**IN THE MATTER OF:**

State Theatre of
Bay City/Bay County,　　　　　　　　　　Bankruptcy Case No. 24-20261-dob
　　　　　　　　　　　　　　　　　　　　Honorable Daniel S. Opperman
　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor.
_____/

**CERTIFICATION OF NO RESPONSE FOR**
**TRUSTEE'S MOTION FOR**
**AUTHORITY TO MAKE FINAL DISTRIBUTION TO**
**BAY COUNTY GROWTH ALLIANCE, INC.**

　　　Chapter 7 Trustee, Randall L. Frank ("Trustee"), by and through his attorneys, Beadle Smith, PLC, and hereby states as follows:

　　　1.　Trustee prepared and filed Trustee's Motion for Authority to Make Final Distribution to Bay County Growth Alliance, Inc. ("Motion")(DN 123) filed on April 30, 2025 and a Notice of Requirement of Written Response has been served upon all interested parties on the 30th day of April, 2025 as evidenced by the filed Certificate of Service, pursuant to L.B.R. 9014-1 (E.D.M.).

　　　2.　As of this date, no timely response or request for hearing has been filed with the Court.

　　　3.　More than 24 days have expired since the service of the Notice of Requirement of Written Response.

　　　**WHEREFORE,** Trustee prays that this Honorable Court enter an Order granting the Motion.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BEADLE SMITH, PLC

　　　　　　　　　　　　　　　　 /S/ Kevin M. Smith
　　　　　　　　　　　　　　　　By: Kevin M. Smith (P48976)
　　　　　　　　　　　　　　　　Attorneys for Trustee
　　　　　　　　　　　　　　　　P.O. Box 70656
　　　　　　　　　　　　　　　　Rochester Hills, MI 48307
　　　　　　　　　　　　　　　　(586) 850-1492
Dated: 5/26/25　　　　　　　　　ksmith@bbssplc.com