# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# BAY CITY

**IN THE MATTER OF:**

State Theatre of

Bay City/Bay County,  Bankruptcy Case No. 24-20261-dob

Honorable Daniel S. Opperman

Chapter 7

      Debtor.

_____/

## ORDER GRANTING TRUSTEE'S MOTION
## FOR APPROVAL OF COMPROMISE PURSUANT TO F.R.B.P. 9019

    This matter having come before this Honorable Court based upon the Trustee's Motion for Approval of Compromise Pursuant to F.R.B.P. 9019 ("Motion")(DN 142) filed on November 3, 2025; no objections having been filed to the Trustee's Motion; notice having been provided properly pursuant to Rule 2002 and 9019 of the Federal Rules of Bankruptcy Procedures; the defined terms in the Motion having the same meaning in this Order; and the Court being advised in the premises;

    **NOW, THEREFORE,**

    **IT IS HEREBY ORDERED** that Trustee's Motion is approved pursuant to F.R.B.P. 9019 in all respects.

    **IT IS FURTHER ORDERED** that Michael Bacigalupo shall pay the Trustee the sum of $72,000.00 on or before December 31, 2025.

    **IT IS FURTHER ORDERED** that the Stephanie Martinez and Mark Delestowicz shall pay the Trustee the sum of $200,000.00, jointly and severally, on or before December 31, 2025.

    **IT IS FURTHER ORDERED** that Adversary Proceeding 25-02004-dob, Eastern District of Michigan, is dismissed without costs assessed to any Party.

**IT IS FURTHER ORDERED** that Claim Number 4, filed by Michael Bacigalupo, and any amendment thereto, is deemed withdrawn.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction to enforce the terms of this Court Approved Settlement.

**Signed on December 2, 2025**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge